# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA AVILA,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant. | Case No.: 1:10-cv-01849 JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 10) |

The parties have stipulated by counsel to extend the period of time for the Plaintiff Maria Avila to file her Opening Brief. (Doc. 10). The parties have stipulated as follows: Plaintiff shall file her opening brief by **July 28, 2011**; Defendant's opposition is due **August 29, 2011**; and Plaintiff's reply brief is due **September 12, 2011**. *Id*.

The Scheduling Order allows a single thirty-day extension by the stipulation of parties. (Doc. 5 at 4). Accordingly, Plaintiff's extension of time is **GRANTED**, with the remaining deadlines adjusted as stipulated by the parties.

IT IS SO ORDERED.

Dated:  **June 6, 2011**                                             /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE